DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LENNAR HOMES, LLC,**
Appellant,

v.

**SEMINOLE TRIBE OF FLORIDA,** for itself and for the benefit of its tribal
members,
Appellee.

No. 4D2025-3801

[July 30, 2026]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth
Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No.
062025CA003574AXXXCE.

Dwayne A. Robinson, Abe A. Bailey, Harley S. Tropin, Benjamin J.
Widlanski, and Katherine A. Mitchell of Kozyak Tropin & Throckmorton,
LLP, Miami, and David Michael Gersten of Gordon Rees Scully
Mansukhani, Miami, and C. David Harper of Foley & Lardner LLP, Tampa,
for appellant.

William R. Scherer, William R. Scherer, III, Janine Kalagher McGuire,
and Eric J. Hager of Conrad & Scherer, LLP, Fort Lauderdale, and Robert
J. Hauser of Sniffen & Spellman, P.A., West Palm Beach, and Adam
Moskowitz and Joseph M. Kaye of The Moskowitz Law Firm, PLLC, Miami,
for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***